UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Phares Wood<br>    MaryElizabeth Adamczyk<br><br>    Debtors | Chapter 13<br>Bankruptcy No.20-10105-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 21st day of May, 2020, by first class mail upon those listed below:

Phares Wood
MaryElizabeth Adamczyk
483 Monocacy Drive
Bath, PA  18014

**Electronically via CM/ECF System Only:**

JASON M RAPA ESQ
RAPA LAW OFFICE P C
141 S 1ST STREET
LEHIGHTON, PA  18235

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee