Certificate Number: 02998-PAE-DE-034561589

Bankruptcy Case Number: 20-10105



02998-PAE-DE-034561589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2020, at 11:47 o'clock PM EDT, Brian T Thomson completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 15, 2020             By:    /s/Gloria Wright

                                   Name:  Gloria Wright

                                   Title: Counselor