United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10105-pmm
Phares Wood                                                               Chapter 13
MaryElizabeth Adamczyk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Randi              Page 1 of 1                Date Rcvd: Aug 06, 2020
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db/jdb         +Phares Wood,    MaryElizabeth Adamczyk,    483 Monocacy Drive,    Bath, PA 18014-9195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              JASON M. RAPA    on behalf of Joint Debtor MaryElizabeth  Adamczyk jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JASON M. RAPA    on behalf of Debtor Phares  Wood jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Phares Wood and MaryElizabeth Adamczyk

        Debtor(s)　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 20−10105−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 6, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Patricia M. Mayer
                                                        Judge ,
                                                        United States Bankruptcy Court

                                                                                        21
                                                                                     Form 155