| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-10105-PMM

Phares Wood
MaryElizabeth Adamczyk
483 Monocacy Drive
Bath  PA    18014

Petition Filed Date: 01/07/2020
341 Hearing Date: 02/25/2020
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $575.00 | | 03/09/2020 | $575.00 | | 04/13/2020 | $575.00 | |
| 05/11/2020 | $575.00 | | 06/11/2020 | $575.00 | | 07/02/2020 | $575.00 | |
| 08/07/2020 | $575.00 | | | | | | | |

**Total Receipts for the Period: $4,025.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $4,000.00 | $0.00 | $4,000.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,364.33 | $0.00 | $5,364.33 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $24,246.95 | $0.00 | $24,246.95 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,666.08 | $0.00 | $2,666.08 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $29,988.56 | $0.00 | $29,988.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,182.77 | $0.00 | $7,182.77 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $1,640.29 | $0.00 | $1,640.29 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,094.12 | $0.00 | $5,094.12 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $7,997.16 | $0.00 | $7,997.16 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $3,700.53 | $0.00 | $3,700.53 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $4,007.95 | $0.00 | $4,007.95 |
| 11 | M&T BANK<br>»» 011 | Mortgage Arrears | $112.36 | $0.00 | $112.36 |

**Chapter 13 Case No. 20-10105-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,025.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $387.54 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $3,637.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.