## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | IN RE: |  |
|---|---|---|
| IN RE: Phares Wood & MaryElizabeth Adamczyk | : | |
| Debtors | : | Case No.: 20-10105 |
|  | : | |
|  | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 23rd day of September, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated August 17, 2020 of the filing of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: September 23, 2020

By:  /s/ Jason M. Rapa, Esquire____
Rapa Law Office, P.C.
Jason M. Rapa, Esquire
Attorney ID 89419
141 South 1st Street
Lehighton, PA 18235
(610) 377-7730 phone
(610) 377-7731 fax