United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-10105-pmm

Phares Wood                                                                          Chapter 13

MaryElizabeth Adamczyk

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Randi | Page 1 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phares Wood, 483 Monocacy Drive, Bath, PA 18014-9195 |
| jdb | + | MaryElizabeth Adamczyk, 483 Monocacy Drive, Bath, PA 18014-9195 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020                   Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON M. RAPA | |
| | on behalf of Joint Debtor MaryElizabeth Adamczyk jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| JASON M. RAPA | |
| | on behalf of Debtor Phares Wood jrapa@rapalegal.com  mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |

District/off: 0313-4                              User: Randi                                         Page 2 of 2

Date Rcvd: Sep 28, 2020                          Form ID: pdf900                                     Total Noticed: 2

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Phares Wood and** | | |
| **Mary Elizabeth Adamczyk,** | : | **Chapter 13** |
| | | |
| **Debtor** | : | **Bky. No. 20-10105 PMM** |

## O R D E R

   **AND NOW**, upon consideration of the Application for Compensation (doc. no. 24) filed

by the Debtor's counsel, Jason M. Rape ("the Applicant"), and upon the Applicant's certification

that proper service has been made on all interested parties and upon the Applicant's certification

of no response,

   It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation

   as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.

   §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the

   confirmed Plan.

**Date:** September 28, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**