Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-10105-PMM**

Phares Wood  
MaryElizabeth Adamczyk  
483 Monocacy Drive  
Bath  PA    18014

Petition Filed Date: 01/07/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $575.00 | | 03/09/2020 | $575.00 | | 04/13/2020 | $575.00 | |
| 05/11/2020 | $575.00 | | 06/11/2020 | $575.00 | | 07/02/2020 | $575.00 | |
| 08/07/2020 | $575.00 | | 09/09/2020 | $575.00 | | 10/13/2020 | $575.00 | |
| 11/09/2020 | $575.00 | | 12/11/2020 | $575.00 | | 01/11/2021 | $575.00 | |
| 02/11/2021 | $575.00 | | 03/11/2021 | $575.00 | | 04/08/2021 | $575.00 | |
| 05/10/2021 | $575.00 | | 06/08/2021 | $575.00 | | | | |

**Total Receipts for the Period: $9,775.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,775.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JASON M RAPA ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,364.33 | $251.24 | $5,113.09 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $24,246.95 | $1,135.53 | $23,111.42 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,666.08 | $124.87 | $2,541.21 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $29,988.56 | $1,404.41 | $28,584.15 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,182.77 | $336.38 | $6,846.39 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $1,640.29 | $76.85 | $1,563.44 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,094.12 | $238.57 | $4,855.55 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $7,997.16 | $374.53 | $7,622.63 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $3,700.53 | $173.31 | $3,527.22 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $4,007.95 | $187.68 | $3,820.27 |
| 11 | M&T BANK<br>»» 011 | Mortgage Arrears | $112.36 | $112.36 | $0.00 |

Chapter 13 Case No. 20-10105-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,775.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $8,415.73 | Arrearages: | $0.00 |
| Paid to Trustee: | $841.77 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $517.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.