Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10105-PMM**

Phares Wood
MaryElizabeth Adamczyk
483 Monocacy Drive
Bath  PA    18014

Petition Filed Date: 01/07/2020
341 Hearing Date: 02/25/2020
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $575.00 | | 05/10/2021 | $575.00 | | 06/08/2021 | $575.00 | |
| 07/13/2021 | $575.00 | | 08/16/2021 | $575.00 | | 09/14/2021 | $575.00 | |
| 09/29/2021 | $575.00 | | 11/08/2021 | $575.00 | | 12/13/2021 | $575.00 | |
| 12/28/2021 | $575.00 | | 02/15/2022 | $575.00 | | 03/14/2022 | $575.00 | |
| 04/13/2022 | $575.00 | | 05/09/2022 | $575.00 | | 06/13/2022 | $575.00 | |
| 07/12/2022 | $575.00 | | | | | | | |

**Total Receipts for the Period: $9,200.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $17,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JASON M RAPA ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,364.33 | $680.21 | $4,684.12 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $24,246.95 | $3,074.61 | $21,172.34 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,666.08 | $338.09 | $2,327.99 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $29,988.56 | $3,802.71 | $26,185.85 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,182.77 | $910.78 | $6,271.99 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $1,640.29 | $208.01 | $1,432.28 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $5,094.12 | $645.99 | $4,448.13 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $7,997.16 | $1,014.09 | $6,983.07 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $3,700.53 | $469.21 | $3,231.32 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $4,007.95 | $508.16 | $3,499.79 |
| 11 | M&T BANK<br>»» 011 | Mortgage Arrears | $112.36 | $112.36 | $0.00 |

**Chapter 13 Case No. 20-10105-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,250.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $15,764.22 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,485.77 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.