Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10105-PMM**

Phares Wood  
MaryElizabeth Adamczyk  
483 Monocacy Drive  
Bath  PA   18014

Petition Filed Date: 01/07/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $575.00 | | 09/13/2022 | $575.00 | | 10/11/2022 | $575.00 | |
| 11/15/2022 | $575.00 | | 12/13/2022 | $575.00 | | 01/13/2023 | $575.00 | |
| 02/14/2023 | $575.00 | | 03/13/2023 | $575.00 | | 04/13/2023 | $575.00 | |
| 05/15/2023 | $575.00 | | 06/12/2023 | $575.00 | | 07/12/2023 | $575.00 | |

**Total Receipts for the Period: $6,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,364.33 | $1,049.45 | $4,314.88 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $24,246.95 | $4,743.61 | $19,503.34 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $2,666.08 | $521.61 | $2,144.47 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 004 | Unsecured Creditors | $29,988.56 | $5,866.99 | $24,121.57 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $7,182.77 | $1,405.18 | $5,777.59 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,640.29 | $320.89 | $1,319.40 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $5,094.12 | $996.67 | $4,097.45 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $7,997.16 | $1,564.57 | $6,432.59 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $3,700.53 | $723.89 | $2,976.64 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $4,007.95 | $784.00 | $3,223.95 |
| 11 | M&T BANK »» 011 | Mortgage Arrears | $112.36 | $112.36 | $0.00 |

Chapter 13 Case No. 20-10105-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,150.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $22,089.22 | Arrearages: | $575.00 |
| Paid to Trustee: | $2,060.77 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.