Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-10105-PMM**

Phares Wood
MaryElizabeth Adamczyk
483 Monocacy Drive
Bath  PA     18014

Petition Filed Date: 01/07/2020
341 Hearing Date: 02/25/2020
Confirmation Date: 08/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $575.00 | | 09/14/2023 | $575.00 | | 10/11/2023 | $575.00 | |
| 11/13/2023 | $575.00 | | 12/12/2023 | $575.00 | | 01/16/2024 | $575.00 | |
| 02/14/2024 | $575.00 | | 03/11/2024 | $575.00 | | 04/15/2024 | $575.00 | |
| 05/13/2024 | $575.00 | | 06/14/2024 | $575.00 | | 07/15/2024 | $575.00 | |

**Total Receipts for the Period: $6,900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $31,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,364.33 | $1,442.86 | $3,921.47 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $24,246.95 | $6,521.86 | $17,725.09 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $2,666.08 | $717.13 | $1,948.95 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 004 | Unsecured Creditors | $29,988.56 | $8,066.32 | $21,922.24 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $7,182.77 | $1,931.93 | $5,250.84 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,640.29 | $431.97 | $1,208.32 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $5,094.12 | $1,370.28 | $3,723.84 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $7,997.16 | $2,151.09 | $5,846.07 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $3,700.53 | $995.27 | $2,705.26 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $4,007.95 | $1,077.91 | $2,930.04 |
| 11 | M&T BANK »» 011 | Mortgage Arrears | $112.36 | $112.36 | $0.00 |

Chapter 13 Case No. 20-10105-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,625.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $28,818.98 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,796.77 | Total Plan Base: | $34,500.00 |
| Funds on Hand: | $9.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.