United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                    Case No. 20-10105-pmm
Phares Wood                               Chapter 13
MaryElizabeth Adamczyk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jan 24, 2025      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phares Wood, MaryElizabeth Adamczyk, 483 Monocacy Drive, Bath, PA 18014-9195 |
| 14448813 | | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 14448819 | + | Moyers Well Drilling, Po Box 24, Pennsburg, PA 18073-0024 |
| 14448826 | + | Valley Oral Surgery, 5666 Interchange Rd.,, Lehighton, PA 18235-5114 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 25 2025 00:22:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2025 00:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14466778 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 25 2025 00:22:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14481051 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2025 00:48:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14448814 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2025 00:30:48 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14448815 | | Email/Text: mrdiscen@discover.com | Jan 25 2025 00:22:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 14453046 | | Email/Text: mrdiscen@discover.com | Jan 25 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14479184 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2025 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14448817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2025 00:30:44 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 14465341 | + | Email/Text: RASEBN@raslg.com | Jan 25 2025 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14477619 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2025 00:30:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14482230 | | Email/Text: camanagement@mtb.com | Jan 25 2025 00:22:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14448818 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 25 2025 00:22:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14451826 | ^ | MEBN | | |
| | | | Jan 25 2025 00:16:09 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14470808 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 25 2025 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14471809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 25 2025 00:30:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14448821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 25 2025 00:30:43 | SYNCB/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 14448822 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 25 2025 00:30:25 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14448823 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 25 2025 00:30:54 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14448824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jan 25 2025 00:30:56 | SYW MC/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14448820 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Jan 25 2025 00:30:43 | Sofi Lending Corp, One Letterman Drive, Building A, San Francisco, CA 94129-1518 |
| 14448827 | + | Email/Text: PHILAW@weltman.com | | |
| | | | Jan 25 2025 00:22:00 | Weltman, Weinberg & Reis, CO., LPA, 170 S. Independence Mall W. Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14448816 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 14448825 | *+ | SYW MC/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14448828 | *+ | Weltman, Weinberg & Reis, CO., LPA, 170 S. Independence Mall W. Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

JASON M. RAPA
    on behalf of Joint Debtor MaryElizabeth Adamczyk jrapa@rapalegal.com
    secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

JASON M. RAPA
    on behalf of Debtor Phares Wood jrapa@rapalegal.com
    secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 44 − 37

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Phares Wood  )  Case No. 20−10105−pmm
  )
  )
   MaryElizabeth Adamczyk  )  Chapter: 13
   aka Mary Elizabeth Adamczyk  )
   aka Marybeth Adamczyk  )
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 24, 2025                                                 For The Court

                                                                                 Timothy B. McGrath
                                                                                 Clerk of Court