*Form 138FIN* (6/24)–doc 51 – 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
  Phares Wood ) Case No. 20–10105–pmm
)
)
  MaryElizabeth Adamczyk ) Chapter: 13
  aka Mary Elizabeth Adamczyk )
  aka Marybeth Adamczyk )
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: March 27, 2025                                                        For The Court

                                                                                   Timothy B. McGrath
                                                                                   Clerk of Court